## COOPER v. STATE.
### No. 22674.

Court of Criminal Appeals of Texas.
Dec. 15, 1943.

Shelburne H. Glover, of Texarkana, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling intoxicating liquor in a dry area. The punishment is assessed at a fine of $100.

The record contains neither statement of facts nor bills of exception in which condition nothing is presented for review.

The judgment is affirmed.